UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BRANDAN TAYLOR,**

    **Plaintiff,**

**v.**                                          **Case No. 3:24-cv-602-TKW-MJF**

**MARTIN O'MALLEY**

    **Defendant.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 19). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that the Commissioner's decision denying Plaintiff's claim for disability benefits should be affirmed. Accordingly, it is

**ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    The Commissioner's decision is AFFIRMED.

    3.    The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 12th day of January, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**